O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TIMOTHY JOHNSON,                    )        CASE NO. CV 13-02871 MWF (RZ)
                                   )
                    Petitioner,    )
                                   )        ORDER ACCEPTING FINDINGS AND
         vs.                       )        RECOMMENDATIONS OF UNITED
                                   )        STATES MAGISTRATE JUDGE
E. VALENZUELA, WARDEN,             )
                                   )
                    Respondent.    )
                                   )

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on
file, and the Report and Recommendation of United States Magistrate Judge.  Further, the
Court has engaged in a de novo review of those portions of the Report to which Petitioner
has objected.  The Court accepts the findings and recommendations of the Magistrate
Judge.


        DATED: August 29, 2013


                                        _____
                                        MICHAEL W. FITZGERALD
                                        UNITED STATES DISTRICT JUDGE