**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY JOHNSON, ) | CASE NO. CV 13-02871 MWF (RZ) |
| Petitioner, ) | |
| vs. ) | JUDGMENT |
| E. VALENZUELA, WARDEN, ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of TIMOTHY JOHNSON, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 29, 2013

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE